IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**MAY 0 1 2000**

Michael N. Milby
Clerk of Court

RAUL RIVAS                        {

V.                                {                    CIVIL ACTION NO.
                                  {                    **B - 00 - 060**
JOE LaBEAU; RUBEN DIAZ;           {
AND THE CITY OF HARLINGEN         {                    **A JURY IS DEMANDED**

## DEFENDANTS' NOTIFICATION OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants JOE LaBEAU; RUBEN DIAZ; AND THE CITY OF

HARLINGEN, and file their **DEFENDANTS' NOTIFICATION OF REMOVAL**, and

would show the Court as follows:

I.

On or about April 3, 2000, a civil action was commenced by Plaintiff, RAUL

RIVAS, in Cause Number 2000-04-1443-A, styled "RAUL RIVAS v. JOE LaBEAU;

RUBEN DIAZ; AND THE CITY OF HARLINGEN" in the 107th District Court of

Cameron County, Texas.

II.

Plaintiff's Original Petition, filed on April 3, 2000, and was served upon Defendant

CITY OF HARLINGEN on April 10, 2000; Defendant LaBEAU was served on April 21,

2000.  Defendant DIAZ has not yet been served.  Plaintiff has alleged federal causes of action arising under 42 USC §§ 1983, 1985, and 1986..

III.

This action described herein is a Civil Action over which this court has jurisdiction under the provisions of 28 U.S.C.A. §1331, as amended, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C.A. § 1441, because it is a civil action arising under the laws and Constitution of the United States.

IV.

True copies of all pleadings, motions and orders from the state district court litigation which have been served upon the Defendants are included in the Index.  All Defendants join in the removal.

V.

Notice of this removal to federal court has been provided to the state district court where this suit originated, and notice has also been provided to the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Defendants, JOE LaBEAU; RUBEN DIAZ; AND THE CITY OF HARLINGEN, pray that the above action now pending against them in the 107th District Court of Cameron County, Texas be removed therefrom to this Honorable Court.

Respectfully Submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
RHughes@adamsgraham.com

By: _____
CHARLIE J. CILFONE
State Bar No. 04251200
Federal ID No. 11416
ROGER W. HUGHES
State Bar No. 10229500
Federal ID No. 5950

Attorneys for Defendants,
JOE LaBEAU; RUBEN DIAZ;
AND THE CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this _____ day of May, 2000, to the following counsel of record and interested parties:

Attorney of Record for Plaintiff, RAUL RIVAS:

Mr. Richard E. Zayas                                CM RRR Z 144 797 233
ZAYAS & ZAMORA, P.C.
3100 East 14th Street
Brownsville, TX 78521

ROGER W. HUGHES