IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 25 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAUL RIVAS | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-00-060 |
| JOE LABEAU, | § | |
| RUBEN DIAZ and | § | |
| THE CITY OF HARLINGEN | § | JURY |

**[UNOPPOSED]**
**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXTEND THE TIME**
**REQUIRED TO RESPOND TO**
**DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(B)(6) AND**
**INDIVIDUAL DEFENDANTS' MOTION TO DISMISS FIRST AMENDED**
**COMPLAINT UNDER FRCP 12(B)(6) BASED ON QUALIFIED IMMUNITY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, RAUL RIVAS, and files this his Unopposed Motion For Leave to Extend the Time Required To Respond to Defendants' Motion To Dismiss Complaint Under FRCP 12(B)(6) and Individual Defendants' Motion To Dismiss First Amended Complaint Under FRCP 12(B)(6) Based On Qualified Immunity, and in support thereof would show the Court the following:

1.  On or about April 3, 2000, a civil action was commenced by Plaintiff, RAUL RIVAS, in the 107th District Court of Cameron County, Texas.

2.  On or about May 1, 2000, Defendants filed their Notification of Removal and removed said cause to Federal Court.

3.  On or about May 5, 2000, Defendants filed a Motion to Dismiss Complaint Under FRCP 12(B)(6) and Individual Defendants' Motion To Dismiss First Amended Complaint Under FRCP (12)(b)(6) Based on Qualified Immunity.

4.  A response to both motions are required under the Federal Rules of Civil Procedure within 20 days of the date of filing.

5.  On both motions, Defendants cite an extensive amount of case law authority which deal with complex issues.

6.  Plaintiff RAUL RIVAS needs more time than the required 20 days to address these complex issues.

WHEREFORE, Plaintiff RAUL RIVAS prays that his deadline to respond to Defendants' motions be extended from May 25, 2000 to June 8, 2000.

Respectfully submitted,

THE LAW FIRM OF ZAYAS & ZAMORA, P.C.
3100 E. 14th Street
Brownsville, Texas 78521
(956) 546-5060 Telephone
(956) 541-4157 Telecopier

_____
RICHARD E. ZAYAS
State Bar No. 00788744

## CERTIFICATE OF CONFERENCE

I, RICHARD E. ZAYAS, hereby certify that I conferred with Roger W. Hughes, attorney for all defendants in this cause, on May 24, 2000 and he stated that he is unopposed to the granting of this motion.

_____
RICHARD E. ZAYAS

## CERTIFICATE OF SERVICE

I, RICHARD E. ZAYAS, hereby certify that a true and correct copy of the above and foregoing document was forwarded on this 25th day of May, 2000, to the following counsel of record:

Hon. Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551

ATTORNEY FOR DEFENDANTS

_____
RICHARD E. ZAYAS