IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Raul Rivas, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-60 |
| Joe Labeau, Ruben Diaz, and City of Harlingen, | § § § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on June 5, 2000, the Court **GRANTED** the Plaintiff's Unopposed Motion for Leave to Extend the Time Required to Respond to Defendants' Motion to Dismiss under FRCP 12(b)(6) and Individual Defendants' Motion to Dismiss First Amended Complaint under FRCP 12(b)(6) based on Qualified Immunity [Dkt. No. 5]. The Plaintiff is to file his responses by June 8, 2000.

DONE at Brownsville, Texas, this 5 day of June 2000.

Hilda G. Tagle
United States District Judge