9

United States District Court
Southern District of Texas
FILED

JUN 22 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RIVAS | { | |
| | { | CIVIL ACTION NO. B-00-060 |
| V. | { | |
| | { | |
| JOE LaBEAU; RUBEN DIAZ; | { | **A JURY IS DEMANDED** |
| AND THE CITY OF HARLINGEN | { | |

DISCLOSURE OF INTERESTED PARTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant THE CITY OF HARLINGEN, pursuant to the Court's Order of May 25, 2000, files this its last list of financially interested parties to this litigation.

1. Raul Rivas

2. Joe LaBeau

3. Ruben Diaz

4. The City of Harlingen.

WHEREFORE, PREMISES CONSIDERED, Defendant, City of Harlingen, prays the Court take notice of this filing and prays for such other and further relief to which it may show itself entitled.

Respectfully Submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
RHughes@adamsgraham.com

By: _____
CHARLIE J. CILFONE
State Bar No. 04251200
Federal ID No. 11416
ROGER W. HUGHES
State Bar No. 10229500
Federal ID No. 5950

Attorneys for Defendants, JOE LaBEAU; RUBEN DIAZ; and THE CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the 21 day of June, 2000, to the following counsel of record and interested parties:

Attorney of Record for Plaintiff, RAUL RIVAS:

Mr. Richard E. Zayas  
ZAYAS & ZAMORA, P.C.  
3100 East 14th Street  
Brownsville, TX 78521

CMRRR No. 7099 3220 0001 0358 0665

_____  
ROGER W. HUGHES