10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 5 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAUL RIVAS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-060 |
| | § | |
| JOE LaBEAU; RUBEN DIAZ | § | JURY |
| AND THE CITY OF HARLINGEN | § | |

### LIST OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RAUL RIVAS and files this his List of Financially Interested Entities and would show the Court that the following entities are financially interested in this cause:

1. Raul Rivas - Plaintiff

2. Joe LaBeau - Defendant

3. Ruben Diaz - Defendant

4. City of Harlingen - Defendant

Respectfully submitted,

The Law Firm of Zayas & Zamora, P.C.
3100 E. 14th St.
Brownsville, Texas  78521
(956)546-5060 Telephone
(956)541-4157 Telecopier

BY: _____
RICHARD E. ZAYAS
State Bar No. 00788744
Federal I.D.# 16852
ATTORNEY FOR PLAINTIFF,
RAUL RIVAS

## CERTIFICATE OF SERVICE

  I, RICHARD E. ZAYAS, do hereby certify that the forgoing List of Financially Interested Entities was served on the following counsel of record in accordance with the Federal Rules of Civil Procedure on July 5, 2000, by mailing to:

Charlie J. Cilfone
Roger W. Hughes
ADAMS & GRAHAM, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
RICHARD E. ZAYAS