*/2*

United States District Court
Southern District of Texas
FILED

**AUG 0 2 2000**

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RIVAS | { | |
| | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-00-060 |
| | { | |
| CITY OF HARLINGEN, JOE LABEAU, | { | |
| and RUBEN DIAZ Individually | { | |
| and in Their Official Capacities | { | |

---

## JOINT DISCOVERY/CASE MANAGEMENT PLAN

---

COME NOW, **Raul Rivas, Plaintiff, and City of Harlingen; Joe LaBeau and Ruben Diaz, Defendants,**, in the above referenced action, filing their Joint Discovery/Case Management Plan, as required by the Cost and Delay Reduction Plan in the Civil Justice Reform Act of 1990 adopted by the Court on October 24, 1991.

1.      State where and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

**ANSWER:**   Telephone conferences on July 31, 2000, between attorneys of record, Richard Zayas and Roger W. Hughes.

---

2.    List the cases related to this one that are pending in any state or federal court with the

case number and court.

**ANSWER:**   None.


3.    Briefly describe what this case is about.

Plaintiff Raul Rivas has sued the City of Harlingen, Joe LaBeau and Ruben Diaz for

malicious prosecution under 42 U.S.C. §1983, 1985 and 1986.


4.    Specify the allegation of federal jurisdiction.

**ANSWER:**   42 U.S.C. § 1983; 42 U.S.C. § 1988; 28 U.S.C. § 1343(a)(3); 28 U.S.C. §

1331.


5.    Name the parties who disagree and the reasons.

**ANSWER:**   Not applicable.


6.    List anticipated additional parties that should be included, when they can be added,

and by whom they are wanted.

**ANSWER:**   None.

7.      List anticipated interventions.

**ANSWER:**  None.


8.      Describe class-action issues.

**ANSWER:**  None.


9.      State whether each party represents that it has made the initial disclosures required

by Rule 26(a).  If not, describe the arrangements that have been made to complete the

disclosures.

**ANSWER:**  Plaintiff agrees to make his initial disclosures within 20 days of the Court's

Ruling.   Further, Plaintiff requests that Defendants also make their initial

disclosures within 20 days of the Court's ruling.   However, in the event

Defendants do not agree to make their disclosure within 20 days of the Court's

ruling, Plaintiff will make disclosures at the same time Defendants do.

Defendants propose making initial disclosures within twenty (20) days after

final resolution of Defendants' Rule 12(b)(6) Motions and/or Qualified

Immunity issues.


10.      Describe the proposed agreed discovery plan, including:

A.      Responses to all the matters raised in Rule 26(f).

B.      When and to whom the plaintiff anticipates it may send interrogatories.

C.      When and to whom the defendant anticipates it may send interrogatories.

D.      Of whom and by when the plaintiff anticipates taking oral depositions.

E.      Of whom and by when the defendant anticipates taking oral depositions.

F.      When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

G.      List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date.  *See* Rule 26(a)(2)(B) (expert report).

H.      List expert depositions the opposing party anticipates taking and their anticipated completion date.  *See* Rule 26(a)(2)(B) (expert report).

**ANSWER:**   A. - H.  Because the pending Rule 12(b)(6) Motions affect the issue, timing and breadth of discovery, the parties respectfully request leave to file a Discovery Plan after final resolution of Defendants' Rule 12(b)(6) Motions.

11.     If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**ANSWER:**   Because the pending Rule 12(b)(6) Motions affect the issue, timing and breadth of discovery, the parties respectfully request leave to file a Discovery Plan after final resolution of Defendants' Rule 12(b)(6) Motions.

12.   Specify the discovery beyond initial disclosures that has been undertaken to date.

**ANSWER:**   None.

13.   State the date the planned discovery can reasonably be completed.

**ANSWER:**   Because the pending Rule 12(b)(6) Motions affect the issue, timing and breadth of discovery, the parties respectfully request leave to file a Discovery Plan after final resolution of Defendants' Rule 12(b)(6) Motions.

14.   Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**ANSWER:**   The parties will consider mediation efforts, if necessary, after final resolution of the pending Rule 12((b)(6) Motions.

15.   Describe what each party has done or agreed to do to bring about a prompt resolution.

**ANSWER:**   The parties will consider mediation efforts, if necessary, after final resolution of the Rule 12(b)(6) Motions.

16.    From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable and state when such a technique may be effectively used in this case.

**ANSWER:**    The parties will consider mediation efforts, if necessary, after final resolution of the Rule 12(b)(6) Motions.

17.    Magistrate judges may now hear jury and non-jury trials.  Indicate the parties' joint position on a trial before a magistrate judge.

**ANSWER:**    At this time the parties have not decided whether they can agree to a trial before a magistrate judge.

18.    State whether a jury demand has been made and if it was made on time.

**ANSWER:**    Yes and made timely.

19.    Specify the number of hours it will take to present the evidence in this case.

**ANSWER:**    If § 1983 claims are prosecuted against Defendants then the parties anticipate 3 days of evidence.

20.    List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**ANSWER:**  Defendants' Motions to Dismiss Under FRCP 12(b)(6) and Individual

Defendants' Motions to Dismiss Under FRCP 12(b)(6) Based on Qualified

Immunity.


21.    List other motions pending.

**ANSWER:**  None.


22.    Indicate other matters peculiar to this case, including discovery, that deserve the

special attention of the court at the conference.

**ANSWER:**  None.


23.    List the names, bar numbers, addresses and telephone numbers of all counsel.

**ANSWER:**

Attorney of record for Plaintiff, RAUL RIVAS:

      Mr. Richard E. Zayas
      Fed. ID No. 16852
      State Bar No. 00788744
      THE LAW FIRM OF ZAYAS & ZAMORA, P.C.
      3100 E. 14th Str.
      Brownsville, TX 78521
      Phone (956) 546-5060
      Fax   (956) 541-4157

Attorneys of record for Defendants, CITY OF HARLINGEN; JOE LaBEAU; and RUBEN
DIAZ:

      Charlie J. Cilfone
      State Bar No. 04251200
      Fed. I.D. No. 11416
      Roger W. Hughes
      State Bar No. 10229500
      Fed. I.D. No. 5950
      ADAMS & GRAHAM, L.L.P.
      P. O. Drawer 1429
      Harlingen, TX 78551-1429
      Phone (956) 428-7495
      Fax   (956) 428-2954

                Respectfully Submitted,

                ADAMS & GRAHAM, L.L.P.
                P. O. Drawer 1429
                Harlingen, TX 78551-1429
                956/428-7495; FAX: 956/428-2954
                RHughes@adamsgraham.com

                By: _____
                    Charlie J. Cilfone
                    State Bar No. 04251200
                    Fed. I.D. No. 11416
                    Roger W. Hughes
                    State Bar No. 10229500
                    Fed. I.D. No. 5950

                Attorneys for Defendants,
                CITY OF HARLINGEN, JOE LaBEAU,
                and RUBEN DIAZ, Individually and in Their
                Official Capacities

Mr. Richard E. Zayas
Fed. ID No. 16852
State Bar No. 00788744
THE LAW FIRM OF ZAYAS & ZAMORA,
P.C.
3100 E. 14th Str.
Brownsville, TX 78521
Phone (956) 546-5060
Fax   (956) 541-4157

By: _____
    Ricard E. Zayas

ATTORNEY FOR PLAINTIFF,
RAUL RIVAS