*/3*

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

AUG 2 2 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

RAUL RIVAS

versus                    CIVIL ACTION: B: 00-60

JOE LaBEAU, et al

# Order Resetting Conference

The intial pre-trial conference has been reset to:

## September 11 at 1:30 p.m.

Signed on _August 21_, 2000 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge