

# Civil Courtroom Minutes

**SEP 1 1 2000**

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas    ■ Koerner |
| DATE | 09 / 11 / 00 |
| TIME | a.m. — a.m. / 1:30 p.m. — 1:55 p.m. |
| CIVIL ACTION | B / 00 / 60 |
| STYLE | Rivas *versus* LaBeau |

## DOCKET ENTRY

(HGT)  ■ **Initial Pretrial Conference**;    ☐ Motion Hearing;

Rptr.  Breck Record

Rick Zayas          for    ■ Ptf. #_____

Charlie Cilfone     for    ■ Deft. #_____

☐  Argument heard on:    ☐ all pending motions;    ☐ Following motions

☐  Motions taken under advisement: _____

■  Scheduling order to be entered.

☐  Miscellaneous review set: _____

Comments:

1. Counsel agreed to submit a proposed scheduling order immediately after the initial pretrial conference.

2. The two individual Defendants are the City Manager and the Assistant City Manager. The Plaintiff used to work for the City of Harlingen under the supervision of the two individual Defendants. The Plaintiff no longer worked for the city at the time the criminal charges were filed or pursued, however, they concerned his conduct while he was a city employee.

3. The Defendant alleges that the Plaintiff was fired because of some type of misconduct to do with

1

telephone bills. The Plaintiff alleges that he was fired on a pretext after he testified against the city in a federal trial.

4. The Plaintiff alleges that the truck hitch was at all times in the Defendants' possession.

2