16

# UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

RAUL RIVAS, PLAINTIFF §
versus §
 §  CIVIL ACTION B- 00 - 060    SEP 13 2000
JOE LABEAU, RUBEN DIAZ, and §
CITY OF HARLINGEN §
DEFENDANTS

United States District Court
Southern District of Texas
ENTERED

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.        ☐ Bench    ☑ Jury

2. New parties must be joined by:                    OCTOBER 31, 2000

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   NOVEMBER 15, 2000

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                   JANUARY 31, 2001

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

*************************  The court will provide these dates.  *************************

6. Dispositive Motions will be filed by:             2/23/01

7. Joint pretrial order is due:                      4/16/01

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  5/3/01

9. Jury Selection is set for 9:00 a.m. on:           5/7/01

The case will remain on standby until tried.

Signed _September 13_, 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____  
Counsel for  RAUL RIVAS

_____  
Counsel for  CITY - D)

_____  
Counsel for

_____  
Counsel for

_____  
Counsel for

_____  
Counsel for