18

United States District Court
Southern District of Texas
FILED

SEP 29 2000

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RIVAS | { | |
| | { | CIVIL ACTION NO. B-00-060 |
| V. | { | |
| | { | |
| JOE LaBEAU; RUBEN DIAZ; | { | **A JURY IS DEMANDED** |
| AND THE CITY OF HARLINGEN | { | |

DEFENDANT CITY OF HARLINGEN'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CITY OF HARLINGEN, Defendant in the above styled and numbered cause, and files this its ORIGINAL ANSWER to Plaintiff's First Amended Petition and in support thereof would respectfully show the Court as follows:

1. Defendant Harlingen admits Paragraphs 1-5 of the 1st Amended Petition concerning jurisdiction, venue and identity of the parties.

2. Defendant Harlingen is without sufficient information to admit or deny Paragraphs 6-12 of the 1st Amended Petition concerning who and when the prosecution was initiated, how Rivas was summoned to court, any order the court made, or the course of the prosecution, and therefore they are denied. Harlingen denies Paragraph 6 of the 1st Amended Petition that any allegations made or information provided was false.

3. Defendant Harlingen denies Paragraphs 13-21 of the 1st Amended Petition.

4. Defendant Harlingen admits Paragraphs 23-26 of the 1st Amended Petition insofar as they state the nature of the claims and that Defendants LaBeau and Diaz were

Harlingen employees and officials, and that Harlingen is a municipal corporation.

5. Defendant Harlingen denies Paragraphs 27-31 of the 1st Amended Petition.

6. Defendant Harlingen is without sufficient information to admit or deny Paragraphs 32, 35-36 of the 1st Amended Petition concerning Plaintiff's alleged injuries and therefore denies them.

7. Defendant Harlingen denies Paragraphs 33, 34, and 37 of the 1st Amended Petition.

8. Defendant Harlingen specifically alleges that any investigation of alleged wrongdoing was fairly done. Probable cause existed to believe Rivas had committed certain offenses. Any reports made to the Harlingen Police Department or the Cameron County District Attorney were full and fair; no material information or evidence was withheld or concealed from them. It did not cause any prosecution or deprivation of liberty or property. Any decision to prosecute by the District Attorney was made after its attorneys made an independent and fair evaluation of the evidence.

9. Defendant City of Harlingen did not act with deliberate indifference. It did not maliciously single Rivas out for disparate treatment nor did it act with animus towards him. All alleged actions had a rational basis.

10. The Court has previously dismissed all state law claims against the City. However, any state law claim is barred by Sovereign Immunity. There is no waiver of immunity under Tex. Civ. Prac. & Rem. Code, § 101.021; any liability is excluded under Tex. Civ. Prac. & Rem. Code, §§ 101.055 and 101.057. Any liability is

capped under Tex. Civ. Prac. & Rem. Code, § 101.023.

11.  Defendant City of Harlingen is not liable under federal or state law for punitive damages.

WHEREFORE, PREMISES CONSIDERED, this Defendant CITY OF HARLINGEN prays that upon final hearing that it may be discharged without liability and be granted any and all relief, at law or in equity, as it may show itself justly entitled to receive.

                          Respectfully Submitted,

                          ADAMS & GRAHAM, L.L.P.
                          P. O. Drawer 1429
                          Harlingen, TX 78551-1429
                          210/428-7495; FAX: 210/428-2954

By: _____
       CHARLIE J. CILFONE
       State Bar No. 04251200
       Federal ID No. 11416
       ROGER W. HUGHES
       State Bar No. 10229500
       Federal ID No. 5950

Attorneys for Defendant,
CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the 29th day of September, 2000, to the following counsel of record and interested parties:

===========================================================================

Attorneys of record for Plaintiff, RAUL RIVAS:

Mr. Richard E. Zayas  
ZAYAS & ZAMORA, P.C.  
3100 East 14th Street  
Brownsville, TX 78521

CM RRR 7099 3400 0014 6897 9228

_____  
ROGER W. HUGHES