IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

OCT 1 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RAUL RIVAS | { | |
| | { | CIVIL ACTION NO. B-00-060 |
| V. | { | |
| | { | |
| JOE LaBEAU; RUBEN DIAZ; | { | **A JURY IS DEMANDED** |
| AND THE CITY OF HARLINGEN | { | |

## DEFENDANTS' MOTION TO STAY DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants JOE LaBEAU ("LaBeau") and RUBEN DIAZ ("Diaz") Individually, and file this their **DEFENDANTS' MOTION TO STAY DISCOVERY** and would show the Court as follows:

### I.

### CERTIFICATE OF CONFERENCE

Counsel for Defendants, LaBeau and Diaz has attempted to conferr with opposing counsel by calling and leaving messages to call during the week of October 2-6, 2000. Plaintiffs' counsel did not return the calls. It is presumed Plaintiff opposes the motion.

### II.

Defendants LaBeau and Diaz have filed Motions to Dismiss Based on Qualified Immunity. These motions have not been resolved.

Until their motions to dismiss first amended petition based on qualified immunity under FRCP 12(b)(6) are finally resolved, Defendants are entitled to have discovery stayed. *Schultea v. Wood*, 47 F.3d 1427 (5th Cir. 1995). The Plaintiff's Motions to Dismiss raise only legal issue. Therefore, Plaintiff needs no discovery to respond and has requested none to date.

### III.

Therefore, Defendants LaBeau and Diaz request that all discovery be stayed in this case and that they need not make their Rule 26 disclosures until their motions are finally resolved.

WHEREFORE, PREMISES CONSIDERED, Defendants LaBeau and Diaz pray the above motion be set for hearing, upon hearing same, the Court stay discovery, including mandatory disclosures under Rule 26, until such time as the Court rules on the merits of Defendants' Motion to Dismiss Plaintiff's Amended Petition Under Rule 12(b)(6) Based on Qualified Immunity, as supplemented or amended.

Respectfully Submitted,

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
RHughes@adamsgraham.com

By: _____
CHARLIE J. CILFONE
State Bar No. 04251200
Federal ID No. 11416
ROGER W. HUGHES
State Bar No. 10229500
Federal ID No. 5950

Attorneys for Defendants, JOE LaBEAU; RUBEN DIAZ; and THE CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the _____ day of September, 2000, to the following counsel of record and interested parties:

Attorney of Record for Plaintiff, RAUL RIVAS:

| | |
|---|---|
| Mr. Richard E. Zayas<br>ZAYAS & ZAMORA, P.C.<br>3100 East 14th Street<br>Brownsville, TX 78521 | CM RRR 7099 3400 0014 6896 6365 |

_____
ROGER W. HUGHES