30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Raul Rivas, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-060 |
| Joe Labeau, et al., | § § | |
| Defendants. | § § | |

ORDER

BE IT REMEMBERED, that on November 8, 2000, the Court **GRANTED** the Defendants' Motion to Stay Discovery [Dkt. No. 22] until the Court has ruled on whether the Defendants have qualified immunity, and **GRANTED** the Defendants' Motion to Strike Second Amended Petition [Dkt. No. 23] in that the Court will treat the Plaintiff's Second Amended Petition as a Rule 7(a) reply. The Court ordered the Plaintiff to file a Rule 7(a) reply in light of the Defendants' motion to dismiss based on qualified immunity [Dkt. No. 14]. Instead, the Plaintiff filed a document entitled Plaintiff's Second Amended Petition [Dkt. No. 21]. In the interest of judicial economy, the Court will not strike the Plaintiff's filing, however, it will not only consider those portions of the document that are "tailored to the assertion of qualified immunity and fairly engage its allegations." Schultea v. Wood, 47 F.3d 1427, 1433 (5th Cir. 1995).

The Plaintiff was provided with an opportunity to amend his complaint to clarify whether he meant to state a 42 U.S.C. § 1983 Fourth Amendment and/or Fourteenth Amendment procedural due process claim by September 15, 2000 [Dkt. No. 14]. The Plaintiff filed a First Amended Petition by that date [Dkt. No. 17], and the Defendants

1

2

subsequently filed a Motion to Dismiss First Amended Petition under FRCP 12(b)(6) [Dkt. No. 19]. The Court will not consider the Plaintiff's subsequent incorrectly entitled Rule 7(a) reply [Dkt. No. 21] in deciding the Defendants' motion to dismiss for failure to state a claim.

DONE, at Brownsville, Texas, this __8__ day of November 2000.

_____
Hilda G. Tagle
United States District Judge

2