United States District Court
Southern District of Texas
FILED

APR 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAUL RIVAS                        {
                                  {
V.                                {     CIVIL ACTION NO. B-00-060
                                  {
THE CITY OF HARLINGEN             {

NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **THE CITY OF HARLINGEN**, as Defendant and **RAUL RIVAS** as Plaintiff and advise the Court that the parties have reached an agreement. A Dismissal will be forthcoming in the near future.

~~SIGNED this the ___ day of _____, 2001.~~

~~JUDGE PRESIDING~~

APR 13 '01 10:42AM ADAMS & GRAHAM, LLP ATTORNEYS  9565414157  P.4/4
04/13/2001 09:21 9565414157  APR 13 '01 10:20AM
APR 13 '01 09:33AM ADAMS & GRAHAM, LLP  ATTORNEYS  P.4/4

AGREED TO AND APPROVED:

ZAYAS & ZAMORA, P.C.
3100 East 14th Street
Brownsville, Texas 78521
TEL: (956) 546-5060
FAX: (956) 541-4157

By: _____
RICHARD B. ZAYAS
State Bar No. 00788744
ATTORNEYS FOR PLAINTIFF


ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, TX 78551-1429
TEL: (956) 428-7495
FAX: (956) 428-2954

By: _____
CHARLIE J. CILFONE
State Bar No. 04251200

ATTORNEYS FOR DEFENDANT