34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Raul Rivas, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. B-00-060 |
| Joe Labeau, Ruben Diaz, and City of Harlingen, | § § § | |
| Defendants. | § § | |

## FINAL ORDER OF DISMISSAL

BE IT REMEMBERED, that on April 26, 2001, the Court, having received the Parties' Notice of Settlement [Dkt. No. 33], **DISMISSES** this lawsuit with prejudice. The Court retains jurisdiction to enforce the Parties settlement.

DONE at Brownsville, Texas, this 27th day of April 2001.

Hilda G. Tagle
United States District Judge