35

United States District Court
Southern District of Texas
FILED

MAY 1 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAUL RIVAS | { | |
| | { | |
| V. | { | CIVIL ACTION NO. B-00-060 |
| | { | |
| THE CITY OF HARLINGEN | { | |

## MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **RAUL RIVAS**, Plaintiff herein, by and through his attorney of record, and comes now **THE CITY OF HARLINGEN**, Defendant herein, by and through its attorney of record, and announced to the Court that all matters in controversy between them had been compromised and settled and hereby request the Court to dismiss, with prejudice, said cause and all claims, actions and causes of action asserted by or which could have been asserted by the Plaintiff against the Defendant, arising out of the occurrence made subject of the above styled and numbered cause, such dismissal to be with prejudice as to said cause of action ever being refiled.

Plaintiff and Defendant further pray that costs in this proceeding be taxed against the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the parties pray that the above styled and numbered cause be dismissed, with prejudice as to refiling and that costs in this proceeding be taxed against the party incurring same for which let execution issue if not timely paid.

Respectfully submitted,

**ZAYAS & ZAMORA, P.C.**
3100 East 14th Street
Brownsville, Texas 78521
TEL: (956) 546-5060
FAX: (956) 541-4157

By: _____
    **RICHARD E. ZAYAS**
    State Bar No. 00788744

    ATTORNEY FOR PLAINTIFF


**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
TEL: (956) 428-7495
FAX: (956) 428-2954

By: _____
    **CHARLIE J. CILFONE**
    State Bar No. 04251200

    ATTORNEYS FOR DEFENDANT