36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 23 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Raul Rivas, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-00-060 |
| Joe Labeau, Ruben Diaz, and City of Harlingen, | § | |
| Defendants. | § | |

**AMENDED FINAL ORDER OF DISMISSAL**

BE IT REMEMBERED, that on May 23, 2001, the Court **GRANTED** the Parties Motion for Dismissal with Prejudice [Dkt. No. 35] in that the Court hereby amends its previous order dismissing this lawsuit with prejudice [Dkt. No. 34] to state that costs are taxed against the party incurring the same. The Court retains jurisdiction to enforce the Parties settlement.

DONE at Brownsville, Texas, this 23rd day of May 2001.

Hilda G. Tagle
United States District Judge